# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL COMPLAINT** |
| *Plaintiff,* | |
| **v.** | **Case No.** 24-MJ-81-DES |
| **JONATHAN GAGE WIEDEL,** | |
| *Defendant.* | |

I, Alfredo Olsen, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

Beginning in or about February 2023 and continuing until on or about February 19, 2024, in the Eastern District of Oklahoma, **JONATHAN GAGE WIEDEL,** committed the crime of Aggravated Sexual Abuse of a Minor in Indian Country, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151, & 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Special Agent Alfredo Olsen, which is attached hereto and made a part hereof by reference.)

☒      Continued on the attached sheet.

*Alfredo Olsen*
_____
Alfredo Olsen
Special Agent
Federal Bureau of Investigation

Sworn to on February 28, 2024.

D. EDWARD SNOW
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

I, Alfredo Olsen, a Special Agent with the Federal Bureau of Investigation, being duly sworn, do depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) where I have been employed since April 2022. I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of 18 U.S.C. § Section 2510(7), that is an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18. In the course of my duties as a Special Agent, I have investigated criminal violations related to Indian Country crimes, as defined in 18 U.S.C. § 1151, including violent crimes, drug offenses, and child abuse crimes. Therefore, I, Alfredo Olsen, the undersigned, state that the following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

2.    The statements contained in this Affidavit are based in part on information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a SA with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that JONATHAN GAGE WIEDEL committed the below-described offense, I have not included every detail of the investigation.  In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.

3. As will be shown below, there is probable cause to believe that JONATHAN GAGE WIEDEL committed AGGRAVATED SEXUAL ABUSE OF A CHILD in Indian Country, a violation of Title 18, United States Code, Sections 2241(c), 1151, and 1153 which occurred within the territorial boundaries of the Muscogee Creek Nation Reservation.

## VENUE

4. The facts and circumstances alleged in this affidavit occurred at or around 516 Queens Rd., Muskogee, Muskogee County, Oklahoma 74403. The facts and circumstances occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country, to wit: the Muscogee Creek Nation Reservation.

## DEFENDANT

5. The defendant is JONATHAN GAGE WIEDEL (DOB: XX/XX/2005) and is a verified member of the Cherokee Nation, a federally recognized tribe, possessing some degree of Indian blood.

## VICTIM

6. The victim is W.B., a person who has not attained the age of 12 years and is currently 5 years old, who is believed to be non-Indian.

## OFFENSE

7. Between in or about February 1, 2023 and on or about February 19, 2024, JONATHAN GAGE WIEDEL is alleged to have sexually abused W.B. in violation of Title 18, United States Code, §§ 2241(c), 1151, and 1153.

## BACKGROUND

8. On February 20, 2024, the Muskogee County Sheriff's Office responded to 516 Queens Rd., Muskogee, Oklahoma regarding a call for service where the complainants stated that

W.B. was sexually abused by WIEDEL. The complainants said that WIEDEL was currently employed as a teacher's assistant by St. Joseph's Catholic School in Muskogee and that he babysat W.B.

9.   W.B. was taken for a forensic interview. During the interview, W.B. stated that WIEDEL inserted devices into his rectum and was able to provide a description of the devices. W.B. also disclosed that WIEDEL inserted WIEDEL's penis into W.B.'s rectum. Additionally, W.B. disclosed that WIEDEL inserted WIEDEL's penis into W.B.'s mouth and WIEDEL placed W.B.'s penis into WIEDEL's mouth.

## **CONCLUSION**

10.   Based on a review of this case and based on my knowledge and experience with child abuse crimes in Indian Country, I, as your Affiant have probable cause to believe that JONATHAN GAGE WIEDEL committed the offense of AGGRAVATED SEXUAL ABUSE OF A MINOR in Indian Country, in violation of Title 18, United States Code, Sections 2241(c), 1151, and 1153.

Respectfully Submitted,

_Alfredo Olsen_
_____
Alfredo Olsen
Special Agent
Federal Bureau of Investigation

Sworn before me this 28th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA